STATE of Missouri, Respondent,

v.

Timothy M. TURNER, Appellant.

Nos. WD 49937, WD 51465.

Missouri Court of Appeals,
Western District.

June 18, 1996.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM.

Movant's direct appeal from his convictions of delivery of a controlled substance, § 195.211, RSMO 1994, and possession of a controlled substance, § 195.202, RSMO 1994, is dismissed for abandonment because he failed to brief the direct appeal. Rules 30.06, 30.20. Movant also appeals from the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. This judgment is affirmed. Rule 84.16(b).